2:50 PM

02/05/18

Cash Basis

# WDH CONTRACTOR SERVICES LLC
## Balance Sheet
### As of December 31, 2017

|  | Dec 31, 17 | Dec 31, 16 | $ Change |
|---|---|---|---|
| **ASSETS** |  |  |  |
| **Current Assets** |  |  |  |
| **Checking/Savings** |  |  |  |
| Bank Of America - 0549 | 2,098.32 | 0.00 | 2,098.32 |
| Bank Of America - 1419 | 36,736.11 | 57,957.25 | -21,221.14 |
| Bank Of America - 3012 | -1,319.75 | 11,735.82 | -13,055.57 |
| Bank Of America - 9114 | 0.00 | 6,383.27 | -6,383.27 |
| **Total Checking/Savings** | 37,514.68 | 76,076.34 | -38,561.66 |
| **Other Current Assets** |  |  |  |
| Prepaid Expense | 1,560.00 | 0.00 | 1,560.00 |
| **Total Other Current Assets** | 1,560.00 | 0.00 | 1,560.00 |
| **Total Current Assets** | 39,074.68 | 76,076.34 | -37,001.66 |
| **Fixed Assets** |  |  |  |
| ***Fixed Assets** |  |  |  |
| **Auto & Transportation** |  |  |  |
| 2016 Ford F350 Truck | 69,026.40 | 0.00 | 69,026.40 |
| 2018 Big Tex Dump Trailer | 9,400.38 | 0.00 | 9,400.38 |
| Chevy Silverado | 0.00 | 28,283.62 | -28,283.62 |
| Used Chevy Truck | 6,000.00 | 6,000.00 | 0.00 |
| Used Ford F150 Truck | 5,600.00 | 0.00 | 5,600.00 |
| **Total Auto & Transportation** | 90,026.78 | 34,283.62 | 55,743.16 |
| **Machinery & Equipment** |  |  |  |
| 2008 Skytrak Forklift | 43,445.00 | 0.00 | 43,445.00 |
| Bobcat S450 | 26,259.04 | 26,259.04 | 0.00 |
| Truss Boom - Skytrak Forklift | 3,227.11 | 0.00 | 3,227.11 |
| **Total Machinery & Equipment** | 72,931.15 | 26,259.04 | 46,672.11 |
| **Total *Fixed Assets** | 162,957.93 | 60,542.66 | 102,415.27 |
| **Accumulated Depreciation** | -48,245.00 | -12,109.00 | -36,136.00 |
| **Total Fixed Assets** | 114,712.93 | 48,433.66 | 66,279.27 |
| **Other Assets** |  |  |  |
| Loan to Pat Orr (Long Term) | 4,000.00 | 0.00 | 4,000.00 |
| **Total Other Assets** | 4,000.00 | 0.00 | 4,000.00 |
| **TOTAL ASSETS** | 157,787.61 | 124,510.00 | 33,277.61 |
| **LIABILITIES & EQUITY** |  |  |  |
| **Liabilities** |  |  |  |
| **Current Liabilities** |  |  |  |
| **Credit Cards** |  |  |  |
| Bank Of America - 0821 | 7,803.27 | 7,899.14 | -95.87 |
| Bank Of America - 9143 | 4,907.02 | 0.00 | 4,907.02 |
| Bank Of America - 9924 | 9,040.06 | 8,485.29 | 554.77 |
| **Total Credit Cards** | 21,750.35 | 16,384.43 | 5,365.92 |
| **Other Current Liabilities** |  |  |  |
| Loan Payable Members | 0.00 | 26,782.31 | -26,782.31 |
| Payroll Liabilities | 7,292.37 | 2,565.29 | 4,727.08 |
| Silverado 2014 - Loan | 0.00 | 23,770.80 | -23,770.80 |
| **Total Other Current Liabilities** | 7,292.37 | 53,118.40 | -45,826.03 |
| **Total Current Liabilities** | 29,042.72 | 69,502.83 | -40,460.11 |
| **Long Term Liabilities** |  |  |  |
| **Notes Payable** |  |  |  |
| Amer Loan Masters (Big Tex) | 8,214.86 | 0.00 | 8,214.86 |
| Ford Motor Co (2016 Ford F350) | 41,147.03 | 0.00 | 41,147.03 |

**2:50 PM**

**02/05/18**

**Cash Basis**

# WDH CONTRACTOR SERVICES LLC
## Balance Sheet
### As of December 31, 2017

|  | Dec 31, 17 | Dec 31, 16 | $ Change |
|---|---|---|---|
| **PNC Bank (Bobcat S460)** | 11,935.84 | 19,694.24 | -7,758.40 |
| **Stearns Loan (Skytrak Forklift)** | 38,869.63 | 0.00 | 38,869.63 |
| **Total Notes Payable** | 100,167.36 | 19,694.24 | 80,473.12 |
| **Total Long Term Liabilities** | 100,167.36 | 19,694.24 | 80,473.12 |
| **Total Liabilities** | 129,210.08 | 89,197.07 | 40,013.01 |
| **Equity** | | | |
| **\*Equity - Haughey, William** | | | |
| **Haughey Begin Bal** | 0.00 | -10,413.00 | 10,413.00 |
| **Haughey earnings current year** | 0.00 | -21,930.54 | 21,930.54 |
| **Haughey in/out current year** | 0.00 | 50,000.00 | -50,000.00 |
| **Total \*Equity - Haughey, William** | 0.00 | 17,656.46 | -17,656.46 |
| **\*Equity - Loera, Juan** | | | |
| **Loera Begin Bal** | 0.00 | -10,413.00 | 10,413.00 |
| **Loera earnings current year** | 0.00 | -21,930.53 | 21,930.53 |
| **Loera in/out current year** | 0.00 | 50,000.00 | -50,000.00 |
| **Total \*Equity - Loera, Juan** | 0.00 | 17,656.47 | -17,656.47 |
| **Additional Paid in Capital** | 35,312.92 | 0.00 | 35,312.92 |
| **Distributions - Haughey** | -62,895.38 | 0.00 | -62,895.38 |
| **Distributions - Loera** | -62,895.38 | 0.00 | -62,895.38 |
| **Retained Earnings** | 0.00 | 43,861.07 | -43,861.07 |
| **Net Income** | 119,055.37 | -43,861.07 | 162,916.44 |
| **Total Equity** | 28,577.53 | 35,312.93 | -6,735.40 |
| **TOTAL LIABILITIES & EQUITY** | 157,787.61 | 124,510.00 | 33,277.61 |