**2:51 PM**
**02/05/18**
**Cash Basis**

# WDH CONTRACTOR SERVICES LLC
# Profit & Loss
### January through December 2017

|  | Jan - Dec 17 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
|     Construction Income | 1,546,339.19 |
| **Total Income** | 1,546,339.19 |
| **Cost of Goods Sold** | |
|     Cash Rewards | -478.74 |
|     Delivery COGS | 2,377.44 |
|     Demolition COGS | 1,000.00 |
|     Equipment Rental for Jobs | 19,605.17 |
|     Labor - Wages COGS | 563,681.17 |
|     Materials | 346,425.49 |
|     Merchant Fees COGS | 0.00 |
|     Other Construction Costs | 8,121.69 |
|     Payroll Tax COGS | 68,782.80 |
|     Plans COGS | 570.90 |
|     Subcontractors Expense | 37,536.25 |
|     Trash COGS | 2,940.43 |
|     Truck Expenses COGS | 26,295.97 |
|     Truck Rentals COGS | 7,210.00 |
|     Worker's Compensation Insurance | 57,639.78 |
| **Total COGS** | 1,141,708.35 |
| **Gross Profit** | 404,630.84 |
| **Expense** | |
|     Auto and Truck Expenses | 0.00 |
|     Auto/Truck Rentals | 1,083.50 |
|     Bank Service Charges | 913.00 |
|     Business Licenses and Permits | 852.00 |
|     Demolition Services | 0.00 |
|     Depreciation Expense | 41,793.00 |
|     Finance Charge | 0.00 |
|     Insurance Expense | 15,169.94 |
|     Interest Expense | 9,570.87 |
|     Meals and Entertainment | 307.56 |
|     Merchant Fees | 973.73 |
|     Miscellaneous | 0.00 |
|     Office Expense | 3,937.82 |
|     Payroll Fees | 4,236.20 |
|     Payroll Taxes | 0.00 |
|     Plans Printing | 0.00 |
|     Postage & Delivey | 0.00 |
|     Professional Fees | 39,611.63 |
|     Repairs and Maintenance | 5,284.31 |
|     **Salaries & Wages** | |
|         1099 - Haughey | 20,000.00 |
|         1099 - Loera | 20,000.00 |
|         Salaries & Wages - Juan Loera | 45,500.00 |
|         Salaries & Wages - W Haughey | 47,000.00 |
|         Salaries & Wages - Other | 0.00 |
|     **Total Salaries & Wages** | 132,500.00 |
|     Taxes | 0.00 |
|     Taxes - Payroll | 8,154.25 |
|     Taxes - State | 10,300.00 |
|     Telephone Expense | 4,488.90 |
|     Trash/Sanitation Fees | 0.00 |
|     Travel Expense | 5,118.19 |
| **Total Expense** | 284,294.90 |
| **Net Ordinary Income** | 120,335.94 |
| **Other Income/Expense** | |

2:51 PM
02/05/18
Cash Basis

# WDH CONTRACTOR SERVICES LLC
## Profit & Loss
### January through December 2017

|  | Jan - Dec 17 |
|---|---:|
| **Other Income** |  |
| interest Income | 2.16 |
| **Total Other Income** | 2.16 |
| **Other Expense** |  |
| Non-Deductible Penalties | 1,282.73 |
| **Total Other Expense** | 1,282.73 |
| **Net Other Income** | -1,280.57 |
| **Net Income** | **119,055.37** |