**WDH CONTRACTOR SERVICES LLC**

## Statement of Cash Flows

**January through December 2017**

3:53 PM
02/05/2018

|  | Jan - Dec 17 |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | 119,055.37 |
| **Adjustments to reconcile Net Income** | |
| **to net cash provided by operations:** | |
| Prepaid Expense | -1,560.00 |
| Bank Of America - 0821 | -95.87 |
| Bank Of America - 9143 | 4,907.02 |
| Bank Of America - 9924 | 554.77 |
| Payroll Liabilities | 4,727.08 |
| **Net cash provided by Operating Activities** | 127,588.37 |
| **INVESTING ACTIVITIES** | |
| *Fixed Assets:Machinery & Equipment:2008 Skytrak Forklift | -43,445.00 |
| *Fixed Assets:Machinery & Equipment:Truss Boom - Skytrak Forklift | -3,227.11 |
| *Fixed Assets:Auto & Transportation:2016 Ford F350 Truck | -69,026.40 |
| *Fixed Assets:Auto & Transportation:2018 Big Tex Dump Trailer | -9,400.38 |
| *Fixed Assets:Auto & Transportation:Chevy Silverado | 28,283.62 |
| *Fixed Assets:Auto & Transportation:Used Ford F150 Truck | -5,600.00 |
| Accumulated Depreciation | 36,136.00 |
| Loan to Pat Orr (Long Term) | -4,000.00 |
| **Net cash provided by Investing Activities** | -70,279.27 |
| **FINANCING ACTIVITIES** | |
| Loan Payable Members | -26,782.31 |
| Silverado 2014 - Loan | -23,770.80 |
| Notes Payable:Amer Loan Masters (Big Tex) | 8,214.86 |
| Notes Payable:Ford Motor Co (2016 Ford F350) | 41,147.03 |
| Notes Payable:PNC Bank (Bobcat S460) | -7,758.40 |
| Notes Payable:Stearns Loan (Skytrak Forklift) | 38,869.63 |
| Distributions - Haughey | -62,895.38 |
| Distributions - Loera | -62,895.38 |
| **Net cash provided by Financing Activities** | -95,870.75 |
| **Net cash increase for period** | -38,561.65 |
| **Cash at beginning of period** | 76,076.34 |
| **Cash at end of period** | **37,514.69** |